IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 18-30079-MJR |
| | ) | |
| vs. | ) | Title 18, |
| | ) | United States Code, |
| BRANDON JUNGE, | ) | Section 1709 |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

FILED
APR 17 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

**COUNT 1**
**Theft of Mail by Postal Employee**

On or about March 5, 2018, in Monroe County, within the Southern District of Illinois,

**BRANDON JUNGE,**

Defendant herein, an employee of the United States Postal Service, did steal and wrongfully remove mail entrusted to him and which came into his possession intended to be conveyed by mail, with the intent to convert to his own use, items that had been placed in the United States mail to be delivered to another, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
DONALD S. BOYCE
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Recommended Bond: $10,000 unsecured